Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−19575−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Theotis Britt                                           Michele S. Britt
   73 Genesee Lane                                    1206 Maresfield Court
   Willingboro, NJ 08046                           Marlton, NJ 08053

Social Security No.:
   xxx−xx−9355                                               xxx−xx−3537

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 6, 2016.

On April 5, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                May 9, 2018
Time:              10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 6, 2018
JAN: pbf

                                                                                            Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-19575-KCF
Theotis Britt                                                           Chapter 13
Michele S. Britt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 06, 2018
                              Form ID: 185             Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2018.
```
db              +Theotis Britt,    73 Genesee Lane,    Willingboro, NJ 08046-3319
jdb             +Michele S. Britt,    1206 Maresfield Court,    Marlton, NJ 08053-2063
cr             ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                   Southfield, MI  48034)
lm              +ClearSpring Loan Services,    Attn: Bankruptcy Department,    18451 N. Dallas Parkway,
                   Suite 100,    Dallas, TX 75287-5209
cr              +JPMorgan Chase Bank, N.A.,    201 N. Central Ave, Floor 11,    Phoenix, AZ 85004-1071
516183217       +Aims Diagnostic Imgng Srvcs,    PO Box 1036,    Absecon, NJ 08201-5036
516183218       +Alere Toxicology,    9417 Brodie Lane,    Austin, TX 78748-5602
516183219       +Atlantic Imaging Group LLC,    110 S Jefferson Rd, Ste 201,    Whippany, NJ 07981-1038
516183220       +Auto Rx,    19191 N Kelsey St,    Monroe, WA 98272-1459
516183221       +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516183222       +Burlington Anesthesia Associates,    2090 Springdale Rd,    Cherry Hill, NJ 08003-2024
516183223       +Cardiovascular Assoc of the Dv,    120 White Horse Pike, Ste 112,
                   Haddon Heights, NJ 08035-1994
516637438       +Centers for Medicare and Medicaid Svcs,    PO Box 138832,    Oklahoma City, OK 73113-8832
516183225       +Clearspring Loan Servi,    18451 Dallas Pkwy #100,    Dallas, TX 75287-5209
516183226       +Coastal Spine PC,    PO Box 483,    Bellmawr, NJ 08099-0483
516183227       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
516183229       +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
516183231       +Eastern Neuro Diagnostic Assoc, PC,    2301 Evesham Rd,    Voorhees, NJ 08043-4501
516183232       +Emrg Phy Assoc Of S Jersey,    PO Box 635999,    Cincinnati, OH 45263-5999
516183233      #+Fein, Such, Kahn & Shepard,    7 Century Drive,    Parsippany, NJ 07054-4673
516183234       +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516183236       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516313072        JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                   Ft. Worth, TX 76101-2032
516183238       +Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
516581912       +Komfort & Kare Home Medical,    and Mobility,    424 N. White Horse Pike,
                   Magnolia, NJ 08049-1405
516584739       +Komfort Kare Home Medical Mobility,    424 N Whitehorse Pike,    Magnolia, NJ 08049-1405
516183240       +Kondaur Capital Corporation,    333 South Anita Dr,    Orange, CA 92868-3314
516183241      #+Louis Spagnoletti,    3 Eves Dr, Ste 311,    Marlton, NJ 08053-3129
516183242      #+Louis Spagnoletti MD, LLC,    3 Eves Dr,    Marlton, NJ 08053-3129
516637439       +Main Line Medical Supplies Inc,    303 S 69th St,    Upper Darby, PA 19082-4213
516183243       +Medx Sales Ltd,    PO Box 1151,    McHenry, IL 60051-9019
516183244       +Millennium Surgical Center,    2090 Springdale Rd,    Cherry Hill, NJ 08003-2024
516183245       +Natasha Sapp,    1206 Maresfield Court,    Marlton, NJ 08053-2063
516183246       +Northstar Location Services, LLC,    Attn: Financial Services Dept,    4285 Genesee St,
                   Buffalo, NY 14225-1943
516584740       +Ocean State Dermatology Inc,    300 Jfeerson Blvd Ste 305,    Warwick, RI 02888-3860
516581913       +Ocean State Dermatology, Inc.,    300 Jefferson Blvd, Ste 305,    Warwick, RI 02888-3860
516183247       +Orthofix,    PO Box 849806,    Dallas, TX 75284-9806
516183248       +Paul J Merlino III,    102 Centre Blvd,    Marlton, NJ 08053-4129
516637440       +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
516183249       +South Jersey Radiology,    1307 White Horse Rd, A102,    Voorhees, NJ 08043-2100
516183254       +The Spine Institute of SNJ,    512 Lippincott Dr,    Marlton, NJ 08053-4803
516183256       +Virtua Memorial Hospital,    PO Box 8500-8057,    Philadelphia, PA 19178-0001
516183257       +Virtua West Jersey Health,    PO Box 8500-8032,    Philadelphia, PA 19178-0001
516183258       +Voorhees Fire District,    c/o DM Billings,    PO Box 1016,    Voorhees, NJ 08043-7016
516183259      ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                   VOORHEES NJ 08043-4408
                 (address filed with court: West Jersey Anesthesia Assoc,    102 E Centre Blvd,
                   Marlton, NJ 08053)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 06 2018 22:45:34      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 06 2018 22:45:31       United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
516183224       +E-mail/Text: bk.notifications@jpmchase.com Apr 06 2018 22:45:20      Chase Auto Finance,
                   National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516183228       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 06 2018 22:46:22
                   Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516183230       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 06 2018 22:49:05      Credit One Bank Na,
                   Po Box 98873,    Las Vegas, NV 89193-8873
516322153        E-mail/Text: bk.notifications@jpmchase.com Apr 06 2018 22:45:20      JP Morgan Chase Bank,
                   POB 29505,    Phoenix, AZ  85038-9505
516360800        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 06 2018 22:49:41
                   LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin               Page 2 of 2                    Date Rcvd: Apr 06, 2018
                              Form ID: 185              Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516324571     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 06 2018 22:45:30      Midland Funding, LLC,
               P.O. Box 2011,   Warren, MI 48090-2011
516418022      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 06 2018 22:49:38
               Portfolio Recovery Associates, LLC,   c/o Aadvantage Aviator Red,   POB 41067,
               Norfolk VA 23541
516389985     +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 06 2018 22:45:47      Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516183250     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2018 22:48:59      Syncb/ashley Homestore,
               Attn: Bankrupty,   Po Box 103104,   Roswell, GA 30076-9104
516183251     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2018 22:49:16      Synchrony Bank/Amazon,
               Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
516183252     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2018 22:48:59      Synchrony Bank/Walmart,
               Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
516202447      E-mail/Text: tidewaterlegalbn@twcs.com Apr 06 2018 22:45:01      Tidewater Finance Company,
               P.O. Box 13306,   Chesapeake, VA  23325
516183255     +E-mail/Text: tidewaterlegalbn@twcs.com Apr 06 2018 22:45:01      Tidewater Credit Servi,
               565 Cedar Rd,   Chesapeake, VA 23322-5569
516418269     +E-mail/Text: bncmail@w-legal.com Apr 06 2018 22:45:44      Trifera, LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
                                                                                             TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516183235*    +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
516183237*    +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
516183239*    +Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
516183253*    +Synchrony Bank/Walmart,   Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew Thomas Archer    on behalf of Debtor Theotis  Britt aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Andrew Thomas Archer    on behalf of Joint Debtor Michele S. Britt aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Brad J. Spiller    on behalf of Joint Debtor Michele S. Britt bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Brad J. Spiller    on behalf of Debtor Theotis  Britt bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Brian C. Nicholas    on behalf of Creditor    TRIFERA, LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          R. A. Lebron    on behalf of Creditor    TRIFERA, LLC bankruptcy@feinsuch.com
                                                                                        TOTAL: 10
```