**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Theotis Britt and Michele S. Britt

Debtor(s)

Case No.: 16-19575  
Judge: KCF

## Chapter 13 Plan and Motions

☐ Original     ☒ Modified/Notice Required     Date: 4/5/18  
☐ Motions Included     ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER  
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: AA     Initial Debtor: TB     Initial Co-Debtor: MB

**Part 1:     Payment and Length of Plan**

a. The debtor shall pay $ _____220_____ per _____month_____ to the Chapter 13 Trustee, starting on _____9/1/2016_____ for approximately _____57_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒     Future earnings

☐     Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:

Proposed date for completion: _____

☐   Refinance of real property:
Description:
Proposed date for completion: _____

☒   Loan modification with respect to mortgage encumbering property:
Description: Land Home Financial Services
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

Proposed date for completion of Loan Modification: 6/15/18 or as ext. by LMP.

Any and all consent orders entered into as part of the confirmation of the previous plan, are to remain in effect.

**Part 2:   Adequate Protection ☐ NONE**

   a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

   b. Adequate protection payments will be made in the amount of $ ___800.00___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to:  ___Land Home Financial Services___ (creditor).

**Part 3:   Priority Claims (Including Administrative Expenses)**

   a.   All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3010 |
| DOMESTIC SUPPORT OBLIGATION | | |

   b.   Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:

   ☒ None

   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a.  **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

b.  **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c.  **Secured claims excluded from 11 U.S.C. 506:** ☐ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Chase Auto Finance | 2013 Chevy Sonic | $11,261.00 | $6,800.00 | None | $6,800.00 | 2% | $7,151.33 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Tidewater Finance Company | Furniture | $1,506.12 | $1,506.12 |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

| **g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE** |||
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

### Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _____0_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6: Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Chase Auto Finance | 2013 Chevy Sonic | $11,261.00 | $6,800.00 | $6,800.00 | $4,461.00 |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Brad J. Spiller, Esquire
3) Secured
4) _____

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:   Modification  ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____8-5-16_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| 1. To extend the time to complete a loan modification | 1. Clearspring Loan Serv. was replaced with current servicer Land Home Financial Services.<br>2. Time to complete loan modification was changed to 6/15/18 or as extended by LMP. |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☒ No

**Part 10:   Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 4/5/18                                         /s/ Andrew Archer
                                                              Attorney for the Debtor

Date: 4/5/18                                         /s/ Theotis Britt
                                                              Debtor

Date: 4/5/18                                         /s/ Michele Britt
                                                              Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 4/5/18                                          /s/ Andrew Archer
                                                       Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 4/5/18                                          /s/ Theotis Britt
                                                       Debtor

Date: 4/5/18                                          /s/ Michele Britt
                                                       Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-19575-KCF
Theotis Britt                                                                        Chapter 13
Michele S. Britt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 2           Date Rcvd: Apr 06, 2018
                              Form ID: pdf901         Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2018.
```
db             +Theotis Britt,    73 Genesee Lane,    Willingboro, NJ 08046-3319
jdb            +Michele S. Britt,    1206 Maresfield Court,    Marlton, NJ 08053-2063
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
                 Southfield, MI  48034)
lm             +ClearSpring Loan Services,    Attn: Bankruptcy Department,    18451 N. Dallas Parkway,
                 Suite 100,    Dallas, TX 75287-5209
cr             +JPMorgan Chase Bank, N.A.,    201 N. Central Ave, Floor 11,    Phoenix, AZ 85004-1071
516183217      +Aims Diagnostic Imgng Srvcs,    PO Box 1036,    Absecon, NJ 08201-5036
516183218      +Alere Toxicology,    9417 Brodie Lane,    Austin, TX 78748-5602
516183219      +Atlantic Imaging Group LLC,    110 S Jefferson Rd, Ste 201,    Whippany, NJ 07981-1038
516183220      +Auto Rx,    19191 N Kelsey St,    Monroe, WA 98272-1459
516183221      +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516183222      +Burlington Anesthesia Associates,     2090 Springdale Rd,    Cherry Hill, NJ 08003-2024
516183223      +Cardiovascular Assoc of the Dv,     120 White Horse Pike, Ste 112,
                 Haddon Heights, NJ 08035-1994
516637438      +Centers for Medicare and Medicaid Svcs,     PO Box 138832,    Oklahoma City, OK 73113-8832
516183225      +Clearspring Loan Servi,    18451 Dallas Pkwy #100,    Dallas, TX 75287-5209
516183226      +Coastal Spine PC,    PO Box 483,    Bellmawr, NJ 08099-0483
516183227      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
516183229      +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
516183231      +Eastern Neuro Diagnostic Assoc, PC,     2301 Evesham Rd,    Voorhees, NJ 08043-4501
516183232      +Emrg Phy Assoc Of S Jersey,    PO Box 635999,    Cincinnati, OH 45263-5999
516183233     #+Fein, Such, Kahn & Shepard,    7 Century Drive,    Parsippany, NJ 07054-4673
516183234      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516183236      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516313072       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
516183238      +Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
516581912      +Komfort & Kare Home Medical,    and Mobility,    424 N. White Horse Pike,
                 Magnolia, NJ 08049-1405
516584739      +Komfort Kare Home Medical Mobility,     424 N Whitehorse Pike,    Magnolia, NJ 08049-1405
516183240      +Kondaur Capital Corporation,    333 South Anita Dr,    Orange, CA 92868-3314
516183241     #+Louis Spagnoletti,    3 Eves Dr, Ste 311,    Marlton, NJ 08053-3129
516183242     #+Louis Spagnoletti MD, LLC,    3 Eves Dr,    Marlton, NJ 08053-3129
516637439      +Main Line Medical Supplies Inc,     303 S 69th St,    Upper Darby, PA 19082-4213
516183243      +Medx Sales Ltd,    PO Box 1151,    McHenry, IL 60051-9019
516183244      +Millennium Surgical Center,    2090 Springdale Rd,    Cherry Hill, NJ 08003-2024
516183245      +Natasha Sapp,    1206 Maresfield Court,    Marlton, NJ 08053-2063
516183246      +Northstar Location Services, LLC,     Attn: Financial Services Dept,    4285 Genesee St,
                 Buffalo, NY 14225-1943
516584740      +Ocean State Dermatology Inc,    300 Jfeerson Blvd Ste 305,    Warwick, RI 02888-3860
516581913      +Ocean State Dermatology, Inc.,    300 Jefferson Blvd, Ste 305,    Warwick, RI 02888-3860
516183247      +Orthofix,    PO Box 849806,    Dallas, TX 75284-9806
516183248      +Paul J Merlino III,    102 Centre Blvd,    Marlton, NJ 08053-4129
516637440      +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
516183249      +South Jersey Radiology,    1307 White Horse Rd, A102,    Voorhees, NJ 08043-2100
516183254      +The Spine Institute of SNJ,    512 Lippincott Dr,    Marlton, NJ 08053-4803
516183256      +Virtua Memorial Hospital,    PO Box 8500-8057,    Philadelphia, PA 19178-0001
516183257      +Virtua West Jersey Health,    PO Box 8500-8032,    Philadelphia, PA 19178-0001
516183258      +Voorhees Fire District,    c/o DM Billings,    PO Box 1016,    Voorhees, NJ 08043-7016
516183259     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
                (address filed with court: West Jersey Anesthesia Assoc,     102 E Centre Blvd,
                 Marlton, NJ 08053)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 06 2018 22:45:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 06 2018 22:45:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516183224      +E-mail/Text: bk.notifications@jpmchase.com Apr 06 2018 22:45:20      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,     Phoenix, AZ 85004-1071
516183228      +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 06 2018 22:46:22
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516183230      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 06 2018 22:49:05      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516322153       E-mail/Text: bk.notifications@jpmchase.com Apr 06 2018 22:45:20      JP Morgan Chase Bank,
                 POB 29505,    Phoenix, AZ 85038-9505
516360800       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 06 2018 22:49:23
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin               Page 2 of 2                   Date Rcvd: Apr 06, 2018
                              Form ID: pdf901           Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516324571      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 06 2018 22:45:30      Midland Funding, LLC,
                P.O. Box 2011,   Warren, MI 48090-2011
516418022       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 06 2018 23:08:17
                Portfolio Recovery Associates, LLC,   c/o Aadvantage Aviator Red,   POB 41067,
                Norfolk VA 23541
516389985      +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 06 2018 22:45:47      Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516183250      +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2018 22:48:59      Syncb/ashley Homestore,
                Attn: Bankrupty,   Po Box 103104,   Roswell, GA 30076-9104
516183251      +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2018 22:48:59      Synchrony Bank/Amazon,
                Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
516183252      +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2018 22:49:33      Synchrony Bank/Walmart,
                Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
516202447       E-mail/Text: tidewaterlegalebn@twcs.com Apr 06 2018 22:45:01      Tidewater Finance Company,
                P.O. Box 13306,   Chesapeake, VA   23325
516183255      +E-mail/Text: tidewaterlegalebn@twcs.com Apr 06 2018 22:45:00      Tidewater Credit Servi,
                565 Cedar Rd,   Chesapeake, VA 23322-5569
516418269      +E-mail/Text: bncmail@w-legal.com Apr 06 2018 22:45:44      Trifera, LLC,
                c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516183235*     +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
516183237*     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
516183239*     +Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
516183253*     +Synchrony Bank/Walmart,   Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
```
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Andrew Thomas Archer    on behalf of Debtor Theotis    Britt aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Andrew Thomas Archer    on behalf of Joint Debtor Michele S. Britt aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Brad J. Spiller    on behalf of Joint Debtor Michele S. Britt bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Brad J. Spiller    on behalf of Debtor Theotis    Britt bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Brian C. Nicholas    on behalf of Creditor    TRIFERA, LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          R. A. Lebron    on behalf of Creditor    TRIFERA, LLC bankruptcy@feinsuch.com
                                                                                           TOTAL: 10
```