UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

46746
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Credit Acceptance Corporation
JM-5630

Order Filed on August 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
THEOTIS BRITT
MICHELE S. BRITT

Case No.: 16-19575 (KCF)

Adv. No.:

Hearing Date:

Judge: Hon. Kathryn C. Ferguson

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 2, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtor:   Theotis and Michele Britt / 46746

Case No:   16-19575 (KCF)

Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Credit Acceptance Corporation** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Natasha M. Sapp** to permit **Credit Acceptance Corporation** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2007 Ford Explorer
Vehicle Identification Number
1FMEU74E27UA99170