| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Theotis Britt<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9355<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Michele S. Britt<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–3537<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   5/17/16 |
| Case number: | 16–19575–KCF | Date case converted to chapter: | 7   11/1/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Theotis Britt | Michele S. Britt |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 73 Genesee Lane<br>Willingboro, NJ 08046 | 1206 Maresfield Court<br>Marlton, NJ 08053 |
| 4. | **Debtor's attorney**<br>Name and address | Brad J. Spiller<br>Brenner, Spiller & Archer<br>175 Richey Avenue<br>Collingswood, NJ 08107 | Contact phone 856–963–5000 |
| 5. | **Bankruptcy trustee**<br>Name and address | Karen E. Bezner<br>567 Park Avenue, Suite 103<br>Scotch Plains, NJ 07076 | Contact phone (908) 322–8484 |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | 402 East State Street<br>Trenton, NJ 08608 | Hours open: 8:30 AM – 4:00 p.m.,<br>Monday – Friday (except holidays) |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Contact phone 609–858–9333<br><br>Date: 11/2/18 |
| 7. | **Meeting of creditors** | **December 5, 2018 at 09:00 AM** | Location: |
| | **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 2/4/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 16-19575-KCF
Theotis Britt                                                   Chapter 7
Michele S. Britt
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3                  Date Rcvd: Nov 02, 2018
                              Form ID: 309A            Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2018.
db             +Theotis Britt,    73 Genesee Lane,    Willingboro, NJ 08046-3319
jdb            +Michele S. Britt,    1206 Maresfield Court,    Marlton, NJ 08053-2063
aty            +Andrew Thomas Archer,     Brenner Spiller & Archer,    175 Richey Ave,
                 Collingswood, NJ 08107-2338
tr             +Karen E. Bezner,    567 Park Avenue, Suite 103,    Scotch Plains, NJ 07076-1754
516183217      +Aims Diagnostic Imgng Srvcs,    PO Box 1036,    Absecon, NJ 08201-5036
516183218      +Alere Toxicology,    9417 Brodie Lane,    Austin, TX 78748-5602
516183219     #+Atlantic Imaging Group LLC,    110 S Jefferson Rd, Ste 201,    Whippany, NJ 07981-1038
516183220      +Auto Rx,    19191 N Kelsey St,    Monroe, WA 98272-1459
516183222      +Burlington Anesthesia Associates,    2090 Springdale Rd,    Cherry Hill, NJ 08003-2024
516183223      +Cardiovascular Assoc of the Dv,    120 White Horse Pike, Ste 112,
                 Haddon Heights, NJ 08035-1994
516637438      +Centers for Medicare and Medicaid Svcs,    PO Box 138832,    Oklahoma City, OK 73113-8832
516183225      +Clearspring Loan Servi,    18451 Dallas Pkwy #100,    Dallas, TX 75287-5209
516183226      +Coastal Spine PC,    PO Box 483,    Bellmawr, NJ 08099-0483
516183227      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
516183231      +Eastern Neuro Diagnostic Assoc, PC,    2301 Evesham Rd,    Voorhees, NJ 08043-4501
516183232      +Emrg Phy Assoc Of S Jersey,    PO Box 635999,    Cincinnati, OH 45263-5999
516183234      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516313072       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
516183238      +Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
516581912      +Komfort & Kare Home Medical,    and Mobility,    424 N. White Horse Pike,
                 Magnolia, NJ 08049-1405
516584739      +Komfort Kare Home Medical Mobility,    424 N Whitehorse Pike,    Magnolia, NJ 08049-1405
516183240      +Kondaur Capital Corporation,    333 South Anita Dr,    Orange, CA 92868-3314
516183241     #+Louis Spagnoletti,    3 Eves Dr, Ste 311,    Marlton, NJ 08053-3129
516183242     #+Louis Spagnoletti MD, LLC,    3 Eves Dr,    Marlton, NJ 08053-3129
516637439      +Main Line Medical Supplies Inc,    303 S 69th St,    Upper Darby, PA 19082-4213
516183243      +Medx Sales Ltd,    PO Box 1151,    McHenry, IL 60051-9019
516183244      +Millennium Surgical Center,    2090 Springdale Rd,    Cherry Hill, NJ 08003-2024
516183245      +Natasha Sapp,    1206 Maresfield Court,    Marlton, NJ 08053-2063
516183246      +Northstar Location Services, LLC,    Attn: Financial Services Dept,    4285 Genesee St,
                 Buffalo, NY 14225-1943
516584740      +Ocean State Dermatology Inc,    300 Jfeerson Blvd Ste 305,    Warwick, RI 02888-3860
516581913      +Ocean State Dermatology, Inc.,    300 Jefferson Blvd, Ste 305,    Warwick, RI 02888-3860
516183247      +Orthofix,    PO Box 849806,    Dallas, TX 75284-9806
516183248      +Paul J Merlino III,    102 Centre Blvd,    Marlton, NJ 08053-4129
516637440      +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
516183249      +South Jersey Radiology,    1307 White Horse Rd, A102,    Voorhees, NJ 08043-2100
516183254      +The Spine Institute of SNJ,    512 Lippincott Dr,    Marlton, NJ 08053-4803
517821589      +Trifera, LLC,    c/o LAND HOME FINANCIAL SERVICES,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
516183256      +Virtua Memorial Hospital,    PO Box 8500-8057,    Philadelphia, PA 19178-0001
516183257      +Virtua West Jersey Health,    PO Box 8500-8032,    Philadelphia, PA 19178-0001
516183258      +Voorhees Fire District,    c/o DM Billings,    PO Box 1016,    Voorhees, NJ 08043-7016
516183259     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
                (address filed with court:   West Jersey Anesthesia Assoc,    102 E Centre Blvd,
                 Marlton, NJ 08053)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bankruptcy@brennerlawoffice.com Nov 02 2018 23:22:12      Brad J. Spiller,
                 Brenner, Spiller & Archer,    175 Richey Avenue,    Collingswood, NJ 08107
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2018 23:23:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2018 23:23:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516183221      +EDI: TSYS2.COM Nov 03 2018 02:43:00       Barclays Bank Delaware,    Po Box 8801,
                 Wilmington, DE 19899-8801
516183224      +EDI: CAUT.COM Nov 03 2018 02:43:00       Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516183228      +EDI: CCS.COM Nov 03 2018 02:43:00       Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
516183229      +EDI: CRFRSTNA.COM Nov 03 2018 02:43:00       Credit First/CFNA,    Bk13 Credit Operations,
                 Po Box 818011,    Cleveland, OH 44181-8011
516183230      +EDI: RCSFNBMARIN.COM Nov 03 2018 02:43:00       Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
516183236      +EDI: AMINFOFP.COM Nov 03 2018 02:43:00       First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
516322153       EDI: CAUT.COM Nov 03 2018 02:43:00      JP Morgan Chase Bank,    POB 29505,
                 Phoenix, AZ  85038-9505
```

```
District/off: 0312-3          User: admin                Page 2 of 3                  Date Rcvd: Nov 02, 2018
                              Form ID: 309A              Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516360800        EDI: RESURGENT.COM Nov 03 2018 02:43:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516324571       +EDI: MID8.COM Nov 03 2018 02:43:00      Midland Funding, LLC,    P.O. Box 2011,
                 Warren, MI 48090-2011
516418022        EDI: PRA.COM Nov 03 2018 02:43:00      Portfolio Recovery Associates, LLC,
                 c/o Aadvantage Aviator Red,    POB 41067,    Norfolk VA 23541
516389985       +EDI: JEFFERSONCAP.COM Nov 03 2018 02:43:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516183250       +EDI: RMSC.COM Nov 03 2018 02:43:00      Syncb/ashley Homestore,    Attn: Bankrupty,
                 Po Box 103104,    Roswell, GA 30076-9104
516183251       +EDI: RMSC.COM Nov 03 2018 02:43:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
516183252       +EDI: RMSC.COM Nov 03 2018 02:43:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
516202447        E-mail/Text: tidewaterlegalbn@twcs.com Nov 02 2018 23:22:45       Tidewater Finance Company,
                 P.O. Box 13306,    Chesapeake, VA  23325
516183255       +E-mail/Text: tidewaterlegalbn@twcs.com Nov 02 2018 23:22:45       Tidewater Credit Servi,
                 565 Cedar Rd,    Chesapeake, VA 23322-5569
516418269       +E-mail/Text: bncmail@w-legal.com Nov 02 2018 23:23:47      Trifera, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516183235*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516183237*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516183239*      +Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
516183253*      +Synchrony Bank/Walmart,    Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516183233      ##+Fein, Such, Kahn & Shepard,    7 Century Drive,    Parsippany, NJ 07054-4673
                                                                                              TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew Thomas Archer    on behalf of Debtor Theotis   Britt aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Andrew Thomas Archer    on behalf of Joint Debtor Michele S. Britt aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Brad J. Spiller    on behalf of Joint Debtor Michele S. Britt bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Brad J. Spiller    on behalf of Debtor Theotis   Britt bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Brian C. Nicholas    on behalf of Creditor    TRIFERA, LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin                Page 3 of 3              Date Rcvd: Nov 02, 2018
                              Form ID: 309A              Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Charles H. Jeanfreau   on behalf of Creditor   TRIFERA, LLC Charlesj@w-legal.com,
           BNCmail@w-legal.com
          John R. Morton, Jr.   on behalf of Creditor   JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor   Credit Acceptance Corporation
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          R. A. Lebron   on behalf of Creditor   TRIFERA, LLC bankruptcy@feinsuch.com
                                                                                                   TOTAL: 12