UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Theotis and Michele Britt

Case No.: 16-19575
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, C.U.S.B.J.__ on __February 5, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
73 Genesee Lane
Willingboro, New Jersey
Valued at $175,000.00

Liens on property:
Clearspring Loan Services
$162,500.00; costs of sale estimated at 10% or $17,500.00

Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 16-19575-KCF
Theotis Britt                                                       Chapter 7
Michele S. Britt
        Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 3          Date Rcvd: Jan 09, 2019
                              Form ID: pdf905               Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2019.
db             +Theotis Britt,    73 Genesee Lane,    Willingboro, NJ 08046-3319
jdb            +Michele S. Britt,    1206 Maresfield Court,    Marlton, NJ 08053-2063
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                Southfield, MI  48034)
lm             +ClearSpring Loan Services,    Attn: Bankruptcy Department,    18451 N. Dallas Parkway,
                Suite 100,    Dallas, TX 75287-5209
cr             +JPMorgan Chase Bank, N.A.,    201 N. Central Ave, Floor 11,    Phoenix, AZ 85004-1071
516183217      +Aims Diagnostic Imgng Srvcs,    PO Box 1036,    Absecon, NJ 08201-5036
516183218      +Alere Toxicology,    9417 Brodie Lane,    Austin, TX 78748-5602
516183219     #+Atlantic Imaging Group LLC,    110 S Jefferson Rd, Ste 201,    Whippany, NJ 07981-1038
516183220      +Auto Rx,    19191 N Kelsey St,    Monroe, WA 98272-1459
516183221      +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516183222      +Burlington Anesthesia Associates,    2090 Springdale Rd,    Cherry Hill, NJ 08003-2024
516183223      +Cardiovascular Assoc of the Dv,    120 White Horse Pike, Ste 112,
                Haddon Heights, NJ 08035-1994
516637438      +Centers for Medicare and Medicaid Svcs,    PO Box 138832,   Oklahoma City, OK 73113-8832
516183225      +Clearspring Loan Servi,    18451 Dallas Pkwy #100,    Dallas, TX 75287-5209
516183226      +Coastal Spine PC,    PO Box 483,    Bellmawr, NJ 08099-0483
516183227      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
516183229      +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,   Cleveland, OH 44181-8011
516183231      +Eastern Neuro Diagnostic Assoc, PC,    2301 Evesham Rd,    Voorhees, NJ 08043-4501
516183232      +Emrg Phy Assoc Of S Jersey,    PO Box 635999,    Cincinnati, OH 45263-5999
516183234      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516183236      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516313072       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                Ft. Worth, TX 76101-2032
516183238      +Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
516581912      +Komfort & Kare Home Medical,    and Mobility,    424 N. White Horse Pike,
                Magnolia, NJ 08049-1405
516584739      +Komfort Kare Home Medical Mobility,    424 N Whitehorse Pike,    Magnolia, NJ 08049-1405
516183240      +Kondaur Capital Corporation,    333 South Anita Dr,    Orange, CA 92868-3314
516637439      +Main Line Medical Supplies Inc,    303 S 69th St,    Upper Darby, PA 19082-4213
516183243      +Medx Sales Ltd,    PO Box 1151,    McHenry, IL 60051-9019
516183244      +Millennium Surgical Center,    2090 Springdale Rd,    Cherry Hill, NJ 08003-2024
516183245      +Natasha Sapp,    1206 Maresfield Court,    Marlton, NJ 08053-2063
516183246      +Northstar Location Services, LLC,    Attn: Financial Services Dept,    4285 Genesee St,
                Buffalo, NY 14225-1943
516584740      +Ocean State Dermatology Inc,    300 Jfeerson Blvd Ste 305,    Warwick, RI 02888-3860
516581913      +Ocean State Dermatology, Inc.,    300 Jefferson Blvd, Ste 305,    Warwick, RI 02888-3860
516183247      +Orthofix,    PO Box 849806,    Dallas, TX 75284-9806
516183248      +Paul J Merlino III,    102 Centre Blvd,    Marlton, NJ 08053-4129
516637440      +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
516183249      +South Jersey Radiology,    1307 White Horse Rd, A102,    Voorhees, NJ 08043-2100
516183254      +The Spine Institute of SNJ,    512 Lippincott Dr,    Marlton, NJ 08053-4803
517821589      +Trifera, LLC,    c/o LAND HOME FINANCIAL SERVICES,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
516183256      +Virtua Memorial Hospital,    PO Box 8500-8057,    Philadelphia, PA 19178-0001
516183257      +Virtua West Jersey Health,    PO Box 8500-8032,    Philadelphia, PA 19178-0001
516183258      +Voorhees Fire District,    c/o DM Billings,    PO Box 1016,   Voorhees, NJ 08043-7016
516183259     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                VOORHEES NJ 08043-4408
                (address filed with court: West Jersey Anesthesia Assoc,    102 E Centre Blvd,
                Marlton, NJ 08053)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2019 23:38:17      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2019 23:38:11      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516183224      +E-mail/Text: bk.notifications@jpmchase.com Jan 09 2019 23:38:00      Chase Auto Finance,
                National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516183228      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 09 2019 23:39:03
                Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516183230      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 09 2019 23:44:12      Credit One Bank Na,
                Po Box 98873,    Las Vegas, NV 89193-8873
516322153       E-mail/Text: bk.notifications@jpmchase.com Jan 09 2019 23:38:00      JP Morgan Chase Bank,
                POB 29505,    Phoenix, AZ  85038-9505
516360800       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2019 23:44:40
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin             Page 2 of 3                  Date Rcvd: Jan 09, 2019
                              Form ID: pdf905         Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516324571      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 09 2019 23:38:10     Midland Funding, LLC,
                 P.O. Box 2011,   Warren, MI 48090-2011
516418022       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2019 23:44:35
                 Portfolio Recovery Associates, LLC,   c/o Aadvantage Aviator Red,   POB 41067,
                 Norfolk VA 23541
516389985      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 09 2019 23:38:31     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516183250      +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2019 23:43:42     Syncb/ashley Homestore,
                 Attn: Bankrupty,   Po Box 103104,   Roswell, GA 30076-9104
516183251      +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2019 23:44:18     Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
516183252      +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2019 23:43:42     Synchrony Bank/Walmart,
                 Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
516202447       E-mail/Text: tidewaterlegalebn@twcs.com Jan 09 2019 23:37:33     Tidewater Finance Company,
                 P.O. Box 13306,   Chesapeake, VA  23325
516183255      +E-mail/Text: tidewaterlegalebn@twcs.com Jan 09 2019 23:37:33     Tidewater Credit Servi,
                 565 Cedar Rd,   Chesapeake, VA 23322-5569
516418269      +E-mail/Text: bncmail@w-legal.com Jan 09 2019 23:38:25     Trifera, LLC,
                 c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516183235*     +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
516183237*     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
516183239*     +Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
516183253*     +Synchrony Bank/Walmart,   Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
516183233     ##+Fein, Such, Kahn & Shepard,   7 Century Drive,   Parsippany, NJ 07054-4673
516183241     ##+Louis Spagnoletti,   3 Eves Dr, Ste 311,   Marlton, NJ 08053-3129
516183242     ##+Louis Spagnoletti MD, LLC,   3 Eves Dr,   Marlton, NJ 08053-3129
                                                                                    TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2019 at the address(es) listed below:
         Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Andrew Thomas Archer    on behalf of Debtor Theotis  Britt aarcher@brennerlawoffice.com,
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
         Andrew Thomas Archer    on behalf of Joint Debtor Michele S. Britt aarcher@brennerlawoffice.com,
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
         Brad J. Spiller    on behalf of Joint Debtor Michele S. Britt bankruptcy@brennerlawoffice.com,
          aarcher@brennerlawoffice.com
         Brad J. Spiller    on behalf of Debtor Theotis  Britt bankruptcy@brennerlawoffice.com,
          aarcher@brennerlawoffice.com
         Brian C. Nicholas    on behalf of Creditor   TRIFERA, LLC bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin                 Page 3 of 3                  Date Rcvd: Jan 09, 2019
                              Form ID: pdf905             Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Charles H. Jeanfreau    on behalf of Creditor    TRIFERA, LLC Charlesj@w-legal.com, BNCmail@w-legal.com
          John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          R. A. Lebron    on behalf of Creditor    TRIFERA, LLC bankruptcy@feinsuch.com
                                                                                         TOTAL: 12