**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Theotis Britt** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | **Michele S. Britt** |
| | First Name   Middle Name   Last Name |

Social Security number or ITIN   xxx–xx–9355
EIN   _ _ – _ _ _ _ _ _ _

Social Security number or ITIN   xxx–xx–3537
EIN   _ _ – _ _ _ _ _ _ _

United States Bankruptcy Court   District of New Jersey

Case number:   16–19575–KCF

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Theotis Britt

Michele S. Britt

2/6/19

**By the court:**  Kathryn C. Ferguson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ◆ debts that are domestic support obligations;

- ◆ debts for most student loans;

- ◆ debts for most taxes;

- ◆ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ◆ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ◆ some debts which the debtors did not properly list;

- ◆ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ◆ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-19575-KCF
Theotis Britt                                                   Chapter 7
Michele S. Britt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Feb 06, 2019
                              Form ID: 318         Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
db              +Theotis Britt,    73 Genesee Lane,    Willingboro, NJ 08046-3319
jdb             +Michele S. Britt,    1206 Maresfield Court,    Marlton, NJ 08053-2063
cr             ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court:  Credit Acceptance Corporation,    25505 West 12 Mile Road,
                 Southfield, MI  48034)
lm              +ClearSpring Loan Services,    Attn: Bankruptcy Department,    18451 N. Dallas Parkway,
                 Suite 100,    Dallas, TX 75287-5209
cr              +JPMorgan Chase Bank, N.A.,    201 N. Central Ave, Floor 11,    Phoenix, AZ 85004-1071
516183217       +Aims Diagnostic Imgng Srvcs,    PO Box 1036,    Absecon, NJ 08201-5036
516183218       +Alere Toxicology,    9417 Brodie Lane,    Austin, TX 78748-5602
516183219      #+Atlantic Imaging Group LLC,    110 S Jefferson Rd, Ste 201,    Whippany, NJ 07981-1038
516183220       +Auto Rx,    19191 N Kelsey St,    Monroe, WA 98272-1459
516183222       +Burlington Anesthesia Associates,    2090 Springdale Rd,    Cherry Hill, NJ 08003-2024
516183223       +Cardiovascular Assoc of the Dv,    120 White Horse Pike, Ste 112,
                 Haddon Heights, NJ 08035-1994
516637438       +Centers for Medicare and Medicaid Svcs,    PO Box 138832,    Oklahoma City, OK 73113-8832
516183225       +Clearspring Loan Servi,    18451 Dallas Pkwy #100,    Dallas, TX 75287-5209
516183226       +Coastal Spine PC,    PO Box 483,    Bellmawr, NJ 08099-0483
516183227       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
516183231       +Eastern Neuro Diagnostic Assoc, PC,    2301 Evesham Rd,    Voorhees, NJ 08043-4501
516183232       +Emrg Phy Assoc Of S Jersey,    PO Box 635999,    Cincinnati, OH 45263-5999
516183234       +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516313072        JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
516183238       +Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
516581912       +Komfort & Kare Home Medical,    and Mobility,    424 N. White Horse Pike,
                 Magnolia, NJ 08049-1405
516584739       +Komfort Kare Home Medical Mobility,    424 N Whitehorse Pike,    Magnolia, NJ 08049-1405
516183240       +Kondaur Capital Corporation,    333 South Anita Dr,    Orange, CA 92868-3314
516637439       +Main Line Medical Supplies Inc,    303 S 69th St,    Upper Darby, PA 19082-4213
516183243       +Medx Sales Ltd,    PO Box 1151,    McHenry, IL 60051-9019
516183244       +Millennium Surgical Center,    2090 Springdale Rd,    Cherry Hill, NJ 08003-2024
516183245       +Natasha Sapp,    1206 Maresfield Court,    Marlton, NJ 08053-2063
516183246       +Northstar Location Services, LLC,    Attn: Financial Services Dept,    4285 Genesee St,
                 Buffalo, NY 14225-1943
516584740       +Ocean State Dermatology Inc,    300 Jfeerson Blvd Ste 305,    Warwick, RI 02888-3860
516581913       +Ocean State Dermatology, Inc.,    300 Jefferson Blvd, Ste 305,    Warwick, RI 02888-3860
516183247       +Orthofix,    PO Box 849806,    Dallas, TX 75284-9806
516183248       +Paul J Merlino III,    102 Centre Blvd,    Marlton, NJ 08053-4129
516637440       +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
516183249       +South Jersey Radiology,    1307 White Horse Rd, A102,    Voorhees, NJ 08043-2100
516183254       +The Spine Institute of SNJ,    512 Lippincott Dr,    Marlton, NJ 08053-4803
517821589       +Trifera, LLC,    c/o LAND HOME FINANCIAL SERVICES,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
516183256       +Virtua Memorial Hospital,    PO Box 8500-8057,    Philadelphia, PA 19178-0001
516183257       +Virtua West Jersey Health,    PO Box 8500-8032,    Philadelphia, PA 19178-0001
516183258       +Voorhees Fire District,    c/o DM Billings,    PO Box 1016,    Voorhees, NJ 08043-7016
516183259      ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
                 (address filed with court:  West Jersey Anesthesia Assoc,    102 E Centre Blvd,
                 Marlton, NJ 08053)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2019 00:18:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2019 00:18:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516183221       +EDI: TSYS2.COM Feb 07 2019 04:38:00      Barclays Bank Delaware,    Po Box 8801,
                 Wilmington, DE 19899-8801
516183224       +EDI: CAUT.COM Feb 07 2019 04:38:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516183228       +EDI: CCS.COM Feb 07 2019 04:38:00      Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
516183229       +EDI: CRFRSTNA.COM Feb 07 2019 04:38:00      Credit First/CFNA,    Bk13 Credit Operations,
                 Po Box 818011,    Cleveland, OH 44181-8011
516183230       +EDI: RCSFNBMARIN.COM Feb 07 2019 04:38:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
516183236       +EDI: AMINFOFP.COM Feb 07 2019 04:38:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
516322153        EDI: CAUT.COM Feb 07 2019 04:38:00      JP Morgan Chase Bank,    POB 29505,
                 Phoenix, AZ  85038-9505

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Feb 06, 2019
                             Form ID: 318              Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516360800        EDI: RESURGENT.COM Feb 07 2019 04:38:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
516324571       +EDI: MID8.COM Feb 07 2019 04:38:00      Midland Funding, LLC,   P.O. Box 2011,
                  Warren, MI 48090-2011
516418022        EDI: PRA.COM Feb 07 2019 04:38:00      Portfolio Recovery Associates, LLC,
                  c/o Aadvantage Aviator Red,   POB 41067,   Norfolk VA 23541
516389985       +EDI: JEFFERSONCAP.COM Feb 07 2019 04:38:00      Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516183250       +EDI: RMSC.COM Feb 07 2019 04:38:00      Syncb/ashley Homestore,   Attn: Bankrupty,
                  Po Box 103104,   Roswell, GA 30076-9104
516183251       +EDI: RMSC.COM Feb 07 2019 04:38:00      Synchrony Bank/Amazon,   Attn: Bankruptcy,
                  Po Box 103104,   Roswell, GA 30076-9104
516183252       +EDI: RMSC.COM Feb 07 2019 04:38:00      Synchrony Bank/Walmart,   Attn: Bankruptcy,
                  Po Box 103104,   Roswell, GA 30076-9104
516202447        E-mail/Text: tidewaterlegalebn@twcs.com Feb 07 2019 00:17:46      Tidewater Finance Company,
                  P.O. Box 13306,   Chesapeake, VA  23325
516183255       +E-mail/Text: tidewaterlegalebn@twcs.com Feb 07 2019 00:17:46      Tidewater Credit Servi,
                  565 Cedar Rd,   Chesapeake, VA 23322-5569
516418269       +E-mail/Text: bncmail@w-legal.com Feb 07 2019 00:18:53      Trifera, LLC,
                  c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
                                                                                        TOTAL: 19


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516183235*     +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
516183237*     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
516183239*     +Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
516183253*     +Synchrony Bank/Walmart,   Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
516183233    ##+Fein, Such, Kahn & Shepard,   7 Century Drive,   Parsippany, NJ 07054-4673
516183241    ##+Louis Spagnoletti,   3 Eves Dr, Ste 311,   Marlton, NJ 08053-3129
516183242    ##+Louis Spagnoletti MD, LLC,   3 Eves Dr,   Marlton, NJ 08053-3129
                                                                        TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2019 at the address(es) listed below:
```
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew Thomas Archer   on behalf of Debtor Theotis  Britt aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Andrew Thomas Archer   on behalf of Joint Debtor Michele S. Britt aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Brad J. Spiller   on behalf of Joint Debtor Michele S. Britt bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Brad J. Spiller   on behalf of Debtor Theotis  Britt bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Feb 06, 2019
                              Form ID: 318             Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Brian C. Nicholas    on behalf of Creditor    TRIFERA, LLC bnicholas@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        Charles H. Jeanfreau    on behalf of Creditor    TRIFERA, LLC Charlesj@w-legal.com,
     BNCmail@w-legal.com
        John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
     mortoncraigecf@gmail.com
        John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
     ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
        Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
     NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
        R. A. Lebron    on behalf of Creditor    TRIFERA, LLC bankruptcy@feinsuch.com
                                                                     TOTAL: 12