

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles Jeanfreau, Esq.
Weinstein & Riley, P.S.
11 Broadway, Suite 615
New York, NY 10004
(212) 268-5540
charlesj@w-legal.com
Attorney for Trifera, LLC

Order Filed on February 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 16-19575-KCF |
|---|---|---|
| THEOTIS BRITT and MICHELE S. BRITT | Chapter: | 7 |
| Debtors. | Hearing Date: | |
| | Chief Judge Kathryn C. Ferguson | |

ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: February 21, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

1

47765198

Upon the motion of Trifera, LLC, its successors and assigns ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following

Real Property more fully described as: **73 GENESEE LANE, WILLINGBORO, NJ 08046**.

It is further ORDERED that the movant may join the debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any chapter of the Bankruptcy Code.

The movant shall serve this order on the debtors, any trustee and any other party who entered an appearance on the motion.

Dated, _____ day of _____, _____.

                                                  _____
                                                  United States Bankruptcy Judge

47765198