UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Charles Jeanfreau, Esq.
Weinstein & Riley, P.S.
11 Broadway, Suite 615
New York, NY 10004
(212) 268-5540
charlesj@w-legal.com
Attorney for Trifera, LLC

**Order Filed on February 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 16-19575-KCF |
| THEOTIS BRITT and MICHELE S. BRITT | Chapter: 7 |
| Debtors. | Hearing Date: |
| | Chief Judge Kathryn C. Ferguson |

ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: February 21, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

1

47765198

Upon the motion of Trifera, LLC, its successors and assigns ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following

Real Property more fully described as: **73 GENESEE LANE, WILLINGBORO, NJ 08046**.

It is further ORDERED that the movant may join the debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any chapter of the Bankruptcy Code.

The movant shall serve this order on the debtors, any trustee and any other party who entered an appearance on the motion.

Dated, _____ day of _____, _____.

_____
United States Bankruptcy Judge

47765198

United States Bankruptcy Court
District of New Jersey

In re:  
Theotis Britt  
Michele S. Britt  
    Debtors

Case No. 16-19575-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 21, 2019  
                        Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2019.
```
db             +Theotis Britt,    73 Genesee Lane,    Willingboro, NJ 08046-3319
jdb            +Michele S. Britt,    1206 Maresfield Court,    Marlton, NJ 08053-2063
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2019 at the address(es) listed below:
```
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew Thomas Archer    on behalf of Joint Debtor Michele S. Britt aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Debtor Theotis  Britt aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Joint Debtor Michele S. Britt bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Brad J. Spiller    on behalf of Debtor Theotis  Britt bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Brian C. Nicholas    on behalf of Creditor    TRIFERA, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles H. Jeanfreau    on behalf of Creditor    TRIFERA, LLC Charlesj@w-legal.com,
               BNCmail@w-legal.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              R. A. Lebron    on behalf of Creditor    TRIFERA, LLC bankruptcy@feinsuch.com
                                                                                             TOTAL: 12
```