Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                       Case No.: 16−19575−KCF
                       Chapter: 7
                       Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Theotis Britt | Michele S. Britt |
| 73 Genesee Lane | 1206 Maresfield Court |
| Willingboro, NJ 08046 | Marlton, NJ 08053 |

Social Security No.:
  xxx−xx−9355                                             xxx−xx−3537

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: March 14, 2019                     Kathryn C. Ferguson
                                                Judge, United States Bankruptcy Court